UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN MOUZOON, | No. 2:20−CV−00638−KJM−JDP |
| Plaintiff, | |
| v. | ORDER |
| BONFIRE ENTERTAINMENT LLC, | |
| Defendants. | |

      Plaintiff filed a complaint on March 24, 2020, alleging violations of the Fair Labor Standards Act of 1938, the California Labor Code, California Business and Profession Code and Common Law Conversion. *See* Compl., ECF No. 1. Defendants have not yet appeared in this action and as of today's date, no further action has been taken by plaintiff to complete litigation of this case.

      IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for his failure to prosecute. FED. R. CIV. P. 41(b).

DATED: October 14, 2020.

                                            CHIEF UNITED STATES DISTRICT JUDGE