Audren Tawaji (State Bar No. 298230)
AudrenTawaji@TheTawajiLawOffice.com
P.O. Box 3480
Truckee, California 91610
Office: (516) 443-4691
*Additional Counsel Listed in Signature Block*

*Counsel for Plaintiff and the proposed class*

**UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BEN MOUZOON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**BONFIRE ENTERTAINMENT LLC**,<br><br>Defendant. | Case No.: 2:20-cv-00638<br><br>**MOTION TO DISMISS** |

Plaintiff Ben Mouzoon ("Plaintiff") hereby respectfully requests that the above captioned case be dismissed. Plaintiff and Counsel thank the court and staff for its time.

                                Respectfully Submitted:

Dated 12/15/20                    /s/   Audren Tawaji

                                Audren Tawaji (State Bar No. 298230)
                                AudrenTawaji@TheTawajiLawOffice.com
                                P.O. Box 3480
                                Truckee, California 91610
                                Office: (516) 443-4691

                                Esfand Y. Nafisi (State Bar No. 320119)
                                enafisi@classlawdc.com
                                MIGLIACCIO & RATHOD LLP
                                388 Market Street, Suite 1300
                                San Francisco, California 94111
                                Office: (415) 489-7004

                                Nicholas Migliaccio, *pro hac vice forthcoming*
                                Jason Rathod, *pro hac vice forthcoming*
                                MIGLIACCIO & RATHOD LLP
                                412 H Street NE, Suite 302
                                Washington, D.C. 20002
                                Office: (202) 470-3520

                                *Counsel for Plaintiff*