UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ben Mouzoon, | No. 2:20−CV−00638−KJM−JDP |
| Plaintiff, | ORDER |
| v. | |
| Bonfire Entertainment LLC, | |
| Defendant. | |

On March 24, 2020, Ben Mouzoon brought this action against Bonfire Entertainment LLC, alleging violations of the Fair Labor Standards Act of 1938, the California Labor Codes, California Business and Profession Code and Common Law Conversion.  *See* Compl., ECF No. 1.  On October 14, 2020, this court issued an order to show cause directing plaintiff within 14 days to show why this matter should not be dismissed for failure to prosecute.  *See* Order, ECF No. 6 (citing Fed. R. Civ. P. 41(b)).  As of the date of this order, plaintiff has not answered this court's order to show cause, defendants have not yet appeared and no further action has been taken by plaintiff to complete litigation of this case.

IT IS THEREFORE ORDERED this case be dismissed for failure to prosecute, and plaintiff's motion to dismiss (ECF No. 10) is denied as moot.

Case closed.

DATED:  December 22, 2020.

CHIEF UNITED STATES DISTRICT JUDGE