## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BEN MOUZOON,**

CASE NO: **2:20–CV–00638–KJM–JDP**

v.

**BONFIRE ENTERTAINMENT LLC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/22/2020**

**Keith Holland**
Clerk of Court

ENTERED: **December 22, 2020**

by: /s/ A. Coll
Deputy Clerk